## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ,<br>    Pro Se Plaintiff, | § <br> § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. B-04-124 |
| UNITED STATES OF AMERICA AND<br>UNITED STATES POSTAL SERVICE,<br>    Defendants. | § <br> § <br> § <br> § | |

### ORDER

The above referenced case was filed by pro se plaintiff Maria Diana Acuna Rodriguez on April 6, 2004. She has made no effort to obtain service on the Defendants United States of America and United States Postal Service.

Unless service is had on or before December 1, 2004, the undersigned will recommend to United States District Judge Andrew S. Hanen that this case be dismissed for want of prosecution.

Done at Brownsville, Texas, this 2nd day of November, 2004.

_____
John Wm. Black
United States Magistrate Judge