IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | • |
| Plaintiff | • |
| Vs. | • CIVIL ACTION NO. B-04-124 |
| | • |
| UNITED STATES OF AMERICA AND | • |
| UNITED STATES POSTAL SERVICE, | • |
| Defendant | • |

**PLAINTIFF'S NOTICE OF COUNSEL AND MOTION FOR EXTENTION OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Maria Acuna Rodriguez, Plaintiff in the above entitled case, and gives notice to the Court that she has retained the services of Heriberto 'Eddie' Medrano as attorney for Plaintiff and requests that his name appear as attorney of record for same.

Plaintiff also requests an additional thirty (30) days from the filing of this pleading in which to effectuate service of process on the United States through its designated agent for service.

Wherefore, premises considered, Plaintiff prays that her request for an additional thirty (30) days for her new counsel to effectuate service on the United States be in all things granted.

Respectfully submitted,

_____
Heriberto 'Eddie' Medrano
Attorney for Plaintiff
Texas Bar #13897800
Federal I.D. #5952

2009 East Harrison – Suite B
Harlingen, Texas  78550
Tel. (956) 428-2412
Fax (956) 428-2495