IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-124 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| UNITED STATES POSTAL SERVICE | § | |

### ORDER

On this day, came to be heard the foregoing *Plaintiff's Notice of Counsel and Motion for Extension of Time* and after due consideration the same is hereby: (GRANTED) (DENIED).

SIGNED this the ____ day of _____, 2004, at Brownsville, Texas.

_____
U.S. DISTRICT JUDGE

cc: Hon. Heriberto Medrano