# In The United States District Court
# For The Southern District Of Texas
# Brownsville Division

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-124 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| UNITED STATES POSTAL SERVICE | § | |

## ORDER

Pending before the Court is Plaintiff's Notice of Counsel and Motion for Extention [sic] of Time. Although not entirely clear from the pleading, the Court assumes that Heriberto "Eddie" Medrano wishes to be designated as attorney-in-charge pursuant to LR 11.

The Motion for Extension of Time is GRANTED. Plaintiff is to serve defendants on or before December 31, 2004 and Mr. Medrano is designated as attorney-in-charge.

SIGNED at Brownsville, Texas, this 2nd day of December, 2004.

_____
John Wm. Black
United States Magistrate Judge