UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: B-04-124 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendants. | § | |

## DEFENDANTS' AMENDED CERTIFICATE OF INTERESTED PARTIES

The following are interested parties:

1. The United States of America

2. The United States Postal Service.

3. The United States Attorney's Office for the Southern District of Texas.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

_____, AUSA, w/ permission

For: Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010  (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

## CERTIFICATE OF SERVICE

      I hereby certify that a true and a correct copy of the foregoing Certificate of Interested Parties has been forwarded to plaintiff's counsel of record, Heriberto Medrano, 2009 East Harrison - Suite B Harlingen, Texas 78550 by certified mail, return receipt requested or by fax at (956) 428 - 2412 on January 31, 2005.

For: Rene Carlo Benavides
Assistant United States Attorney