# In The United States District Court
# For The Southern District Of Texas
# Brownsville Division

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-124 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| UNITED STATES POSTAL SERVICE | § | |

TYPE OF CASE:     __X__ CIVIL          _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| | |
|---|---|
| PLACE: | ROOM NO.: |
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **600 E. HARRISON STREET** | |
| **BROWNSVILLE, TEXAS** | DATE AND TIME: |
| | **FEBRUARY 23, 2005 AT 2:00 P.M.** |

*John Wm. Black*
United States Magistrate Judge

DATE:   FEBRUARY 1, 2005

TO:   MR. HERIBERTO MEDRANO
      MR. JAMES L. TURNER
      MR. RENE CARLO BENAVIDES