United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

FEB 2 3 2005

STATUS CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-124            DATE & TIME:   02-23-05 AT 9:00 A.M.

MARIA DIANA ACUNA RODRIGUEZ          PLAINTIFF(S)   HERIBERTO MEDRANO
                                     COUNSEL

VS.

UNITED STATES OF AMERICA             DEFENDANT(S)   JAMES L. TURNER
                                     COUNSEL        RENE CARLO BENAVIDES

---

CSO: Willie Canat
ERO: Rosie D'Venturi

Attorneys Heriberto Medrano and Rene Benavides appeared.

Parties will file an agreed scheduling order by March 10, 2005.