United States District Court
Southern District of Texas
FILED

FEB 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-124 |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Heriberto Medrano | PltF | 2/23/05 |
| /s/ Nancy Carlo Benavides | U.S.A. | 2/23/05 |