UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: B-04-124 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## AGREED PROPOSED SCHEDULING ORDER

Both parties file this Agreed Proposed Scheduling Order and request that the court consider the same.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

/s/ Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Federal I.D. No. 26215

/s/ Rene Carlo Benavides
Counsel for Plaintiffs:
Heriberto "Eddie" Medrano
Texas Bar # 13897800
Federal I.D. # 5952
Rene Carlo Benavides
State Bar No. 24025248
Federal I.D. No. 26215

Attorney at Law
2009 E. Harrison, Suite B
Harlingen, Texas 78550'
(956) 428 - 2412
(956) 428 - 2495 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Agreed Scheduling Order was mailed via First-Class Mail to the following:

Heriberto "Eddie" Medrano
Attorney at Law
2009 E. Harrison, Ste. B
Harlingen, Texas 78550

on this the 10 day of March 2005.

    /s/ Rene Caro Benavides
RENE BENAVIDES
Assistant United States Attorney

2