**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.:  B-04-124 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## RULE 16 SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1.  7/6/05      **NEW PARTIES**
Additional parties shall be joined, with leave of Court, by this date.  The
causing the addition of new parties will provide such parties with a copy of
this scheduling order.

2.  7/6/05      **AMENDMENTS TO PLEADINGS**
Pleading amendments, with leave of Court if required by the Federal Rules
of Civil Procedure, shall be made by this date.

3.  9/12/05     **EXPERTS**
Parties with the burden of proof on an issue shall designate expert
witnesses in writing and provide the report required by Rule 26(a)(2) of
the Federal Rules of Civil Procedure by this date.

4.  10/2/05     **DEFENSIVE EXPERTS**
The opposing party shall designate expert witnesses in writing and provide
the report required by Rule 26(a)(2) of the Federal Rules of Civil
Procedure by this date.

5.  N/A         **MEDIATION/ADR**
The parties should advise the court by this date whether and by when they
believe non-binding mediation would be helpful to the resolution of this
case.

6.  11/20/05    **DISCOVERY**
All discovery of whatever form shall be completed by this date, unless the

parties have agreed in writing to extend this deadline.  Written discovery request are not timely if responses thereto would not be due until after this deadline.

7.    12/1/05    **PRETRIAL MOTIONS DEADLINE**
No motion other than motions in limine shall be filed after this date without leave of Court for good cause shown.  Motions in limine may be filed along with the Joint Pretrial Order.

8.    N/A    **MOTIONS HEARING**
A hearing to address any pending motions, including dispositive motions, will be held on or before this date.

9.    12/05/05    **JOINT PRETRIAL ORDER**
A joint pretrial order in the form prescribed by Appendix B of the Local Rules for the Southern District of Texas shall be filed by this date. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to timely file a Joint Pretrial Order may lead to dismissal or other sanction in accordance with applicable rules.

10.    _____    **FINAL PRETRIAL CONFERENCE**
A Final Pretrial Conference will be held on this date.

11.    12/19/05    **TRIAL SETTING**
Trial is set for this date.

ENTERED this _____ day of _____ 2005.


_____
John William Black
Magistrate Judge