UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: B-04-124 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendants. | § | |

### DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURE

**A.** **Individuals likely to have discoverable information relevant to disputed facts.**

Maria Diana Acuna Rodriguez
Plaintiff
302 W. Pierce St.
Harlingen, Texas 78550
(956) 428-8733

Joseph Espericueta
Supervisor Customer Services
Investigated alleged acident
U.S. Postal Service
1502 New Combes Hwy
Harlingen, TX 78550
(956) 425-4319

Rueben Melvin
Custodian
prepared statement regarding his
routine and the condition of the mat
1502 New Combes Hwy
Harlingen, TX 78550
(956)425-4319

South Texas Emergency Care
Foundation (EMS)
Transported Plaintiff to Valley
Baptist Hospital on day of the Accident

P.O. Box 533668
1705 Vermont
Harlingen TX 78553 - 3668
(956) 364-2711

Dr. Prasad Movva
Valley Baptist Medical Center
Treated Plaintiff on day of accident
2101 Pease Street P.O. Drawer 2588
Harlingen, TX 78550
(956) 389-2060

Jaime Rivera
Rivera Chiropractic Clinics
Treated Plaintiff
814 E. Harrison St. Suite A
Harlingen, TX 78550
(956) 412-8551

Dr. Uvaldo Cantu
South Texas Medical Center
Treated Plaintiff for gynecological
problems and performed surgery on Plaintiff
2230 Haine Dr.
Harlingen, TX 78550
(956) 425-4901

Dr. James P. Huggins
Carolina Chiropractic Center
Saw Plaintiff
1627 C. South Irby Street
Florence, SC 29505

B.   **Documents relating to the facts in dispute. (the following have been produced)**

1. Letter from Mathew Ponzar from USPS to Plaintiff dated October 7, 2003

2. Letter from Reuben Cuellar from USPS to Plaintiff dated June 27, 2003

3. Letter from Reuben Cuellar from USPS to Plaintiff dated April 22, 2003

4. Claim form signed by Plaintiff, dated June 20, 2003 and stamped received on June 24, 2003

5. Witness statement from Reuben Melvin dated July, 2003

6. Photographs (copy) of the entrance and rug of the Post Office and scene at issue

8. Medical and billing records produced by Plaintiff that were in the possession of the USPS as follows: billing record from STEC dated 11/01/02 for $433.00; billing record from Valley Baptist Medical Center dated 1/29/03 for $877.40; record from Dr. Prasad showing Plaintiff's release and instructions; copy of a prescription by Dr. Julia Nathan dated 10/28/02; record from San Benito Imaging Center dated ll-8-02; records from Dr. Rivera dated 12/20/02, 5/15/02, 4/28/03; record showing copies of various business cards; record from Medwise, Inc. dated 3/3/03; records from Harlingen Obstetrics & Gynecology Associates dated 3/7/03; billing record from Harlingen Medical Center stamped received on 6/24/03; record from Art's Medical Equipment dated 4/21/03; record from Dr. Movva as letter to the Postal Department.

Respectfully submitted,

/s/Rene Carlo Benavides
Chuck Rosenberg
United States Attorney
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
 956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing *UNITED STATES OF AMERICA'S INITIAL DISCLOSURES* was sent by United States Certified Mail Return Receipt Requested to the following:

Heriberto "Eddie" Medrano
Attorney at Law
2009 E. Harrison, Ste B
Harlingen, Texas 78550

on this the 8 day of August, 2005.

/s/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney