IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. B-04-124 | |
| § | | |
| UNITED STATES OF AMERICA AND § | | |
| UNITED STATES POSTAL SERVICE § | | |
| Defendant. § | | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS FOR ECONOMIC AND MEDICAL EXPENSE DAMAGES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Maria Diana Acuna Rodriguez, Plaintiff herein, by and through her Attorney of Record, Heriberto "Eddie" Medrano and files this Unopposed Motion to Dismiss With Prejudice All Claims for Economic and Medical Expense Damages, and would state the following in support thereof:

I.

On or about April 6, 2004 Plaintiff filed a Complaint against the United States of America and United States Postal Service claiming certain economic and noneconomic damages. Specifically, those claims in paragraph V of said Complaint including:

a. Physical pain and suffering

b. Loss of earning capacity

c. Disfigurement

d. Physical impairment

e. Medical care

II.

Plaintiff moves this Honorable Court to dismiss with prejudice any and all claims for economic and medical expense damages only, filed against the United States of America and the United States Postal Service. Specifically, Plaintiff moves this Honorable Court to dismiss with prejudice any and all claims for loss of earning capacity, medical care and all other economic damages provided for under any applicable laws of the State of Texas and the United States.

III.

Plaintiff seeks to recover from Defendants on filed claims for noneconomic damages only. Specifically, Plaintiff is making claims against Defendants only for physical pain and suffering, disfigurement, physical impairment and all other noneconomic damages provided for under any applicable laws of the State of Texas and the United States.

WHEREFORE PREMISES CONSIDERED, Plaintiff, Maria Diana Acuna Rodriguez, prays this Honorable Court will dismiss with prejudice any and all claims for economic and medical expense damages filed against United States of America and the United States Postal Service.

Respectfully submitted,

Law Offices of Heriberto 'Eddie' Medrano
2009 East Harrison – Suite B
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:    (956) 428-2495

/s/ Heriberto Medrano
HERIBERTO 'EDDIE' MEDRANO
Texas Bar No. 13897800
Federal Bar I.D. No. 5952

Attorney for Plaintiff
Maria Diana Acuna Rodriguez

## CERTIFICATE OF CONSULTATION

On this 27th day of October, 2005, I Heriberto "Eddie" Medrano certify that I have contacted Assistant United States Attorney Rene Benavidez and Mr. Benavidez is **unopposed** to Plaintiff's Motion to Dismiss With Prejudice All Claims for Economic and Medical Damages against the United States and the United States Postal Service.

/s/Heriberto Medrano
Heriberto "Eddie" Medrano

## CERTIFICATE OF SERVICE

I the undersigned do certify that on this 3rd day of November, 2005, a true and correct copy of Plaintiff's Unopposed Motion to Dismiss With Prejudice All Claims for Economic and Medical Expense Damages against the United States and the United States Postal Service was sent via electronic facsimile and regular mail to Mr. Rene Benavidez, Assistant United States Attorney at 1701 W. Hwy. 83, Suite 600, McAllen, Texas 78501.

/s/Heriberto Medrano
Heriberto "Eddie" Medrano

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-04-124 |
| § | |
| UNITED STATES OF AMERICA AND § | |
| UNITED STATES POSTAL SERVICE § | |
| Defendant. § | |

## ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS FOR ECONOMIC AND MEDICAL EXPENSE DAMAGES

BE IT REMEMBERED that Plaintiff's Unopposed Motion to Dismiss All Claims for Economic and Medical Expense Damages came on for consideration by the Court. After having been duly considered by the Court, Plaintiff's Motion is hereby:

       (**GRANTED**)       (**DENIED**).

It is therefore **ORDERED** that Plaintiff's claims for economic and medical expense damages only against the United States of America and the United States Postal Service are hereby **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, this _____ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE