IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 18 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-124 |
| UNITED STATES OF AMERICA AND UNITED STATES POSTAL SERVICE | § § § | |
| Defendant. | § | |

## ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS FOR ECONOMIC AND MEDICAL EXPENSE DAMAGES

BE IT REMEMBERED that Plaintiff's Unopposed Motion to Dismiss All Claims for Economic and Medical Expense Damages came on for consideration by the Court. After having been duly considered by the Court, Plaintiff's Motion is hereby:

**(GRANTED)**    ~~(DENIED)~~

It is therefore **ORDERED** that Plaintiff's claims for economic and medical expense damages only against the United States of America and the United States Postal Service are hereby **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, this 18th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE