IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-124 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| UNITED STATES POSTAL SERVICE | § | |
| Defendants. | § | |

## ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS UNITED STATES OF AMERICA AND UNITED STATES POSTAL SERVICE

BE IT REMEMBERED that Plaintiff's Motion to Dismiss With Prejudice All Claims Against Defendants United States of America and United States Postal Service came on for consideration before the Court. After having been duly considered by the Court, the same is hereby:

(**GRANTED**)          (**DENIED**).

It is therefore **ORDERED** that all of Plaintiff's claims against the United States of America and the United States Postal Service are hereby **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, this _____ day of December, 2005.

_____
United States District Judge